LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)
DAVID F. MASTAN, ESQ. (SBN 152109)
NESREIN EL-HADDAD, ESQ. (SBN 314965)
nhaddad@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502-3226
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff, SANTA BARBARA COTTAGE HOSPITAL, a California non-profit corporation; and GOLETA VALLEY COTTAGE HOSPITAL, a California non-profit corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTA BARBARA COTTAGE HOSPITAL, a California non-profit corporation; and GOLETA VALLEY COTTAGE HOSPITAL, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMANA INSURANCE COMPANY, a Wisconsin for-profit corporation; HUMANA HEALTH PLAN, INC., a Delaware for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. CV 23-5898-GW-SSCx<br><br>Assigned to: Honorable George H. Wu<br><br>FIRST AMENDED COMPLAINT FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT |

**PARTIES**

1. Plaintiff, SANTA BARBARA COTTAGE HOSPITAL, a non-profit corporation organized and existing pursuant to the laws of the State of California (hereafter "Cottage Hospital"). Cottage Hospital has its principal place of business in the City of Santa Barbara, County of Santa Barbara, State of California. Cottage Hospital provides medical care to patients.

2. Plaintiff, GOLETA VALLEY COTTAGE HOSPITAL, a non-profit corporation organized and existing pursuant to the laws of the State of California. Goleta Valley Cottage Hospital has its principal place of business in the City of Santa Barbara, County of Santa Barbara, State of California. Goleta Valley Cottage Hospital provides medical care to patients.

3. Santa Barbara Cottage Hospital and Goleta Valley Cottage Hospital shall be collectively referred to as "Cottage Hospitals".

4. Defendant Humana Insurance Company is a corporation organized and existing pursuant to the laws of the State of Wisconsin. Humana Insurance Company has its principal place of business in the City of Lexington, County of Jefferson, State of Kentucky. Humana Insurance Company is in the business of sponsoring or administering health plans for its enrollees.

5. Defendant Humana Health Plan, Inc. is a corporation organized and existing pursuant to the laws of the State of Kentucky. Humana Health Plan of California, Inc. has its principal place of business in the City of Lexington, County of Jefferson, State of Kentucky. Humana Health Plan, Inc. is in the business of sponsoring or administering health plans for its enrollees.

6. Cottage Hospitals are unaware of the true names and capacities, whether corporate, associate, individual, partnership or otherwise of defendants Does 1 through 25, inclusive, and therefore, sue such defendants by such fictitious names. Cottage Hospitals will seek leave of the Court to amend this complaint to allege their true names and capacities when ascertained.

7. Defendants Humana Insurance Company, Humana Health Plan, Inc., and Does 1 through 25, inclusive, shall be collectively referred to as "Humana."

8. Humana, and each of them, at all relevant times, have transacted business in the State of California. The violations alleged within this complaint have been and are being carried out in the State of California, County of Santa Barbara.

9. At all relevant times each of the defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## COMMON FACTUAL BACKGROUND

10. On various dates, Cottage Hospitals provided medically necessary treatment to individuals, including members covered under Medicare Advantage HMO and Medicare Advantage HMO/POS health benefits health

benefits, listed in the attached Exhibit “A” (collectively, "Patients").[1]

11. Cottage Hospitals are informed and believe and thereon allege that at all relevant times Patients were beneficiaries of a health plan sponsored, administered, and/or funded by Humana.

12. The claims set forth in **Exhibit “A”** are subject to The Contract between Santa Barbara Cottage Hospital, Goleta Valley Cottage Hospital, Humana Health Plan, Inc., and Humana Insurance Company, on behalf of their Affiliates effective January 1, 2014 (the “Contract”). Pursuant to the Contract, Cottage Hospitals agreed to provide medically necessary services to various Humana enrollees covered under the Contract. In exchange, Humana agreed to pay Cottage Hospitals for these health care services rendered to those patients at the rates set forth in the Contract (“Contract Rates”).

13. At all relevant times, Humana and/or its agents, authorized the covered and medically necessary medical services rendered to Patients by Cottage Hospitals.

14. At all relevant times, Cottage Hospital rendered these covered and medically necessary services to the Patients under the applicable health plans for each Patient.

15. Cottage Hospitals timely and properly submitted the billed charges to Humana for payment by Humana.

[1] In deference to the Patients' privacy concerns enumerated in Cal. Const. art. I, § 1 as well as the Health Insurance Portability and Accountability Act of 1996 (42 U.S.C. §§ 1320d *et seq.*), Cottage Hospital omitted here information sufficient to reveal the identity of the Patients. The Patients' has been identified by initials and the Patient ID number.

16. Humana failed to properly pay Cottage Hospitals for the medically necessary services rendered to Patients despite demands thereof, and, therefore, Cottage Hospitals have been damaged in the aggregate, principal amount of $198,233.76.

**FIRST CAUSE OF ACTION**

(Breach of Written Contract (1))

(Against Defendant Humana)

17. Cottage Hospitals incorporate by reference and re-allege paragraphs 1 through 16 here as though set forth in full.

18. As stated above, under the Contract, Cottage Hospitals agreed to provide medically necessary services covered under the Contract to Humana's beneficiaries in exchange for which Humana agreed to pay the Contract Rates to Cottage Hospitals pursuant to the terms of the Contract.

19. Cottage Hospitals provided these covered and medically necessary services to the patients listed in Exhibit "A" and performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the Contract and the Patients' corresponding health plans.

20. Cottage Hospitals demanded that Humana perform its obligations to properly reimburse Cottage Hospitals at the Contract Rates for the medical services, supplies and/or equipment rendered to Patients.

21. Humana breached the Contract by failing to pay fully, much

less to timely pay Cottage Hospitals the amount due under the Contract, without excuse in accordance with payment provisions included as attachments to the Contract and the corresponding terms in the Contract requiring such payments.

22. As a result of the breaches by Humana, Cottage Hospitals suffered damages in the sum of $198,233.76, the contractual amount due.

////

////

////

////

////

////

////

////

////

////

////

## PRAYER FOR RELIEF

**WHEREFORE**, Cottage Hospitals pray for judgment as follows:

For the All Causes of Action;

1. for the principal sum of $198,233.76;

for interest on such principal sum at the rate of 15% per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code § 3289.

DATE: October 11, 2023

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

/s/ Nesrein El-Haddad

NESREIN EL-HADDAD
Attorneys for SANTA BARBARA COTTAGE HOSPITAL, a California non-profit corporation; and GOLETA VALLEY COTTAGE HOSPITAL, a California non-profit corporation

# EXHIBIT A

**Santa Barbara Cottage Hospital and Goleta Valley Cottage Hospital v. Humana**
**Exhibit A**

**FC 32118**

| No. | File No. | Admission Date | Discharge Date | Total Charges | Total Underpaid |
|---|---|---|---|---|---|
| 1 | 000022142516 | 02/13/2020 | 02/14/2020 | $15,117.00 | $1,774.46 |
| 2 | 000023148682 | 06/03/2021 | 06/08/2021 | $88,412.00 | $31,843.80 |
| 3 | 000023059719 | 05/05/2021 | 05/06/2021 | $81,207.00 | $73,086.30 |
| 4 | 000021903216 | 10/04/2019 | 10/07/2019 | $43,248.35 | $43,248.35 |
| 5 | 000022470583 | 08/27/2020 | 08/30/2020 | $39,070.00 | $4,685.69 |
| 6 | 000022945135 | 03/31/2021 | 03/31/2021 | $82,804.00 | $33,138.03 |
| 7 | 000022600627 | 11/03/2020 | 11/03/2020 | $44,696.00 | $10,457.13 |
| | | | | | **$198,233.76** |