# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-5898-GW-SSCx | | Date | May 15, 2024 |
|---|---|---|---|---|
| Title | *Santa Barbara Cottage Hospital, et al. v. Humana Insurance Company, et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 14, 2024, Plaintiffs filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for July 11, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 10, 2024.

                                                                    :

                                        Initials of Preparer    JG